IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | |
|---|---|
| THE BANK OF NEW YORK MELLON TRUST COMPANY, NA, FKA THE BANK OF NEW YORK TRUST COMPANY, NA, AS SUCCESSOR TO JPMORGAN CHASE BANK, AS TRUSTEE, IN TRUST FOR THE HOLDERS OF TRUMAN MORTGAGE LOAN TRUST 2002-2, ASSET-BACKED CERTIFICATES, SERIES 2002-2,<br><br>*Plaintiff,*<br><br>VS.<br><br>RACHEL LOVE AKA RAQUEL LOVE,<br><br>*Defendant.* | CIVIL ACTION NO. 1:23-CV-00160<br>JUDGE MICHAEL J. TRUNCALE |

## ORDER DISMISSING CASE WITHOUT PREJUDICE

Before the Court is Plaintiff's Notice of Voluntary Dismissal Without Prejudice. [Dkt. 7]. Plaintiff is seeking a dismissal without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

It is therefore **ORDERED** that this case is **DISMISSED WITHOUT PREJUDICE**, and the Parties shall bear their own attorney's fees and costs.

It is further **ORDERED** that all Court dates and deadlines are hereby **VACATED**, and all pending motions filed herein are **DENIED AS MOOT**.

**SIGNED this 22nd day of August, 2023.**

Michael J. Truncale
United States District Judge